FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CORRINA S.,

          Plaintiff,

          v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

No.  1:25-CV-03193-ACE

ORDER GRANTING STIPULATED
MOTION TO REMAND PURSUANT
TO SENTENCE FOUR OF 42 U.S.C.
§ 405(g)

**ECF Nos. 14 & 13**

    **BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 14. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Katherine B. Watson represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion to Remand, **ECF No. 14**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner will:  (1) offer Plaintiff an opportunity for a new hearing; (2) further develop the record; and (3) issue a new decision on disability under both Title II and Title XVI benefits.

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

2.    **Judgment shall be entered for PLAINTIFF**.

3.    Plaintiff's Opening Brief, **ECF No. 13**, is **STRICKEN AS MOOT**.

4.    An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED March 18, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2